# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Plaintiff/Petitioner: Michael Wade Broussard

vs.

Defendant(s)/Respondent(s): President of The United States Obama, Barack

Case Number: **CV101343**

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

____FILED ____ENTERED
____LODGED ____RECEIVED

AUG 19 2010  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

I, (print your name) MICHAEL WADE BROUSSARD

declare I am the plaintiff/petitioner in the above entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding ... issues I intend to present are *briefly* stated as follows:

In support of this application, I answer *all* of the following questions

10-CV-01343-IFP

1. Are you presently employed? no

   ☐ Yes   If Yes, state the amount of your salary or wages per month, and give the name and address of your employer (list both gross and net salary):

   ☒ No    If No, state the date of last employment and the amount of the salary and wages per month which you received:
   
   2008 - min wage - didn't make enough to file.

2. In the past twelve months, have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments      ☒ Yes   ☐ No
   e. Gifts or inheritances                            ☐ Yes   ☒ No
   f. Any other sources                                ☐ Yes   ☒ No

If the answer to any of the above is "Yes", describe each source of money and state the amount received from each during the past twelve months:

Business, profession or other self-employment: SSI - SSA - Around 7,800 year

Rent payments, interest or dividends:

| | |
|---|---|
| Pensions, annuities or life insurance payments | |
| Disability or workers compensation payments | SSI - SSR - |
| Gifts or inheritances | |
| Any other sources | |

3. Do you own any cash, or do you have money in checking or savings accounts? no

☐ Yes    If Yes, state the total value of each item (include prison account funds)
☐ No

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? no

☐ Yes
      If Yes, describe the property and state its approximate value:
☐ No

5. Are any persons dependent upon you for support? no

☐ Yes    If Yes, state your relationship to those persons, and indicate how much you contribute toward their support:
☐ No

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08-17-2010     Signature of Applicant: Michael Wade Broussard

**Certification**
**(For Prisoner Applicants Only)**

Have the institution fill out the Certification portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at

(Name of Institution) _____

Dated: _____   Signature of Financial Officer _____

**Order of Court**

The application is hereby denied.            The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

_____  _____        _____  _____
United States Judge    Date              United States Judge    Date
or Magistrate Judge                      or Magistrate Judge

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

Plaintiff(s)

Michael W. Broussard

vs.

President of the United States
Obama, Barack - ET:AL

Defendant(s),

**WRITTEN CONSENT FOR PAYMENT OF COSTS FROM ANY RECOVERY UNDER LOCAL RULE CR3(b)**

I, Michael Wade Broussard hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

Dated: 08-19-2010

Michael Broussard
Signature of Plaintiff

**WRITTEN CONSENT FOR PAYMENT OF COSTS FROM ANY RECOVERY UNDER LOCAL RULE CR3(b)**